In the Matter of the Claim of JAMES BILLOTTI against LEO TAUB, Appellant.

STATE INDUSTRIAL COMMISSION, Respondent.

*Workmen's Compensation Law — award for disability arising from sprained back affirmed.*

*Billotti* v. *Taub*, 194 App. Div. 948, affirmed.

(Argued March 7, 1921; decided March 22, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 24, 1920, affirming an award of the state industrial commission made under the Workmen's Compensation Law. The commission found that claimant while engaged in the regular course of his employment in washing an automobile at the garage of his employer, in trying to move the automobile by pushing it was subjected to an unusual strain as a result of which he sprained his back in such a way that he was disabled. Defendant contended that the injuries were not accidental and did not arise out of and in the course of claimant's employment.

*Abraham N. Davis* for appellant.

*Charles D. Newton, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, CRANE and ANDREWS, JJ. Not voting: MCLAUGHLIN, J.